Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON JUNIOR COY,<br>LOUIS STEVEN QUINTANA, Jr.,<br>and LILIBETH ALTAMIRANO-RABADAN<br><br>Defendants. | **1:25-CR-2011-SAB**<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2)<br>False Statement During Purchase of a Firearm<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Firearm<br>(Counts 2-3)<br><br>18 U.S.C. §§ 922(o), 924(a)(2)<br>Illegal Possession of a Machine Gun<br>(Count 4)<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about January 1, 2023, in the Eastern District of Washington, the

Defendant, LILIBETH ALTAMIRANO-RABADAN, in connection with the

INDICTMENT – 1

acquisition of firearms, to wit: a Glock, model 19 GEN 5, bearing serial number BXRG099, and a Glock, model 19, bearing serial number AGRW518, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to the licensed dealer, which statement was intended and likely to deceive the licensed dealer, as to a fact material to the lawfulness of such sale of the said firearms to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearms indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual buyer of the firearms, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2).

## COUNT 2

On or about January 25, 2023, in the Eastern District of Washington, the Defendant, RAMON JUNIOR COY, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Glock, model 19, bearing serial number BXRG099, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 2

## COUNT 3

On or about January 25, 2023, in the Eastern District of Washington, the Defendant, LOUIS STEVEN QUINTANA, JR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affective commerce a firearm, to wit: a Glock, model 19 bearing serial number AGRW518, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 4

On or about January 25, 2023 , in the Eastern District of Washington, the Defendant, RAMON JUNIOR COY, did knowingly and unlawfully possess a firearm as defined in 26 U.S.C. § 5845(a)(6), that is, a machine gun within the meaning of 26 U.S.C. § 5845(b), and more particularly described as a "Glock switch," which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun,  in violation of 18 U.S.C. §§ 922(o)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 3

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922 and/or 924, as set forth in this Indictment, Defendants, RAMON JUNIOR COY, LOUIS STEVEN QUINTANA, Jr., and LILIBETH ALTAMIRANO-RABADAN, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED this _11_ day of February 2025.

A TRUE BILL

_Rich Barker_

Richard R. Barker
Acting United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 4